429 A.2d 93

Jolly et ux. v. Earl P. L. Apfelbaum Inc., Appellant.

 Argued March 17, 1980. Kenneth S. Siegel, for appellant; Michael A. Shechtman, for appellee.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.